WILHELM ALBRECHT, Respondent, *v.* ROCHESTER, SYRA-
CUSE AND EASTERN RAILROAD COMPANY, Appellant.

*Albrecht* v. *Rochester, Syr. & E. R. R. Co.*, 136 App. Div. 914,
affirmed.
(Argued October 9, 1911; decided October 24, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 29, 1910, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained
through the negligence of defendant.

*Ernest I. Edgcomb* for appellant.

*Percival De Witt Oviatt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD
BARTLETT and CHASE, JJ. Not voting: HISCOCK and
COLLIN, JJ.